```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION


GEORGE E. VAHLE,
CURT BEAN TRANSPORT CO., INC.                         PLAINTIFFS


VS.                                    CIVIL ACTION NO. 3:06CV188LN


RAY WILLIAMS, RAY WILLIAMS D/B/A
RAY'S TRUCKING, DEEP SOUTH FREIGHT                    DEFENDANTS
```

## JUDGMENT OF DISMISSAL

Based on the court's order entered this date, it is ordered and adjudged that the complaint in this cause is dismissed.

SO ORDERED AND ADJUDGED this 29th day of August, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE